# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Anthony Alvarez

                    V.                                    **JUDGMENT IN A CIVIL CASE**

Victor M. Almager, Bill Lockyer

                                        CASE NUMBER:    06CV2112 WQH (JMA)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Report and Recommendation is adopted in its entirety and Petitioner's Writ of Habeas Corpus is denied with prejudice.

| August 13, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
|  | s/ A. Everill |
|  | (By) Deputy Clerk |
|  | ENTERED ON August 13, 2007 |

06CV2112 WQH (JMA)